IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JONATHAN J. MAGINNIS, | : |
| | : BANKRUPTCY NO. 17-14069-AMC |
| DEBTOR. | : |
| | |
| BRADLEY J. PUETZ D/B/A | : |
| DESERT TACTICAL, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | : ADVERSARY NO. 17-00311 |
| | : |
| JONATHAN J. MAGINNIS D/B/A | : |
| CLIENTMAX MARKETING, | : |
| | : |
| DEFENDANT. | : |

### STIPULATION GRANTING DEFENDANT A FURTHER
### EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD

It is hereby stipulated and agreed that the above captioned Defendant shall have until January 22, 2018 [XXX] to file an answer, move or otherwise plead to Plaintiff's Complaint. This Stipulation contains the entire agreement between the parties and may only be amended in writing, executed by both parties hereto.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

5206851

WHEREFORE, the undersigned respectfully request that the Court approve the foregoing Stipulation.[1]

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

By: _____
Michael D. Vagnoni, Esquire
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
215-665-3066
michael.vagnoni@obermayer.com
*Counsel to Plaintiff*

SADEK AND COOPER

By: _____
Brad J. Sadek, Esquire
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
brad@sadeklaw.com
*Counsel to Defendant*

SO ORDERED this _____ day of December, 2017

**Date: December 22, 2017**

_____
Ashely M. Chan
United State Bankruptcy Judge

---

[1] Pursuant to Local Bankruptcy Rule 9019-1, to the extent it is applicable, the undersigned respectfully seek the entry of this stipulation as an order without the full notice and hearing required in Federal Rules of Bankruptcy Procedure 9019 and 2002 because there is insufficient time to fulfill said notice and hearing requirements. *See* L.B.R. 9029-1.

5206851                                    2