**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Jonathan J. Maginnis | : | Chapter 7 |
| Debtor | : | |
| | : | No.    17-14069 - AMC |
| Bradley J. Puetz  D/B/A | : | |
| Desert Tactical | : | |
| Plaintiff | : | AP No.  17-00311 |
| v. | : | |
| | : | |
| Jonathan J. Maginnis D/B/A | : | |
| ClientMax Marketing | : | |
| Defendant | : | |

**ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH BRADLEY J. PUETZ D/B/A DESERT TACTICAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEEDURE 9019**

AND NOW. this        day, of 2018, upon consideration of the Defendant/Debtors's Motion to Approve Settlement Agreement and Mutual Release by and between Jonathan J. Maginnis D/B/A ClientMax Marketing, on the one hand  and  Bradley J. Puetz D/B/A Desert Tactical on the other hand (collectively "the parties"); and any response filed thereto; and after notice and a hearing; it is hereby

**ORDERED,** the Motion id Granted in its entirety; and it is further

**ORDERED,** that the Settlement Agreement, as set forth in the Motion and attached as Exhibit "A" to the Motion, is hereby APPROVED as an Order of this Court to which the parties are hereby bound; and it is further

**ORDERED,** that the Plaintiff agrees to satisfy the judgment of $385,000.00 upon Defendant, Jonathan J. Maginnis D/B/A ClientMax Marketing, making all timely payments referenced in Paragraph 5 of the Settlement Agreement and it is further

**ORDERED,** that upon entry of this Order the Adversary Proceeding shall be dismissed

**Date: August 6, 2018**                    _____
                                                Ashely M. Chan, U.S. Bankruptcy Judge

See Attached List

Gary F. Seitz
c/o Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 750 West
Philadelphia, PA 19106

The Law Offices of Anthony A. Frigo
c/o Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Bradley J. Puetz
10410 Apples Eye Street
Las Vegas, NV  89131

Mr. Bradley J. Puetz D/B/A
Desert Tactical
c/o Obermayer, Rebmann, Maxwell & Hippel, LLP
Attn: Michael D. Vagnoni, Esquire
1500 Market Street, Suite 3400
Philadelphia, PA 19103-1895

Jonathan Maginnis
118 Yale Avenue
Morton, PA  19070